No. 77–138.  WEINBERGER *v.* DEPARTMENT OF COMMERCE OF FLORIDA; WEINBERGER *v.* TROMBETTA ET AL.; and WEINBERGER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–150.  CONLEY *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 77–196.  GENERAL FINANCE CORP. *v.* POLLOCK ET UX.  C. A. 5th Cir.  Certiorari denied.

No. 77–208.  AMALGAMATED TRANSIT UNION, LOCAL 788 *v.* ALLEN ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 77–212.  ROGERS *v.* CHILIVIS, COMMISSIONER OF REVENUE OF GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 77–213.  BANDELIN *v.* PIETSCH ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 77–230.  MEDINA *v.* RUDMAN ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 77–245.  NORTH SHORE TRAVEL SERVICE, INC. *v.* HINTERSEHR ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–247.  FOLEY *v.* NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 77–253.  DeCARLO *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 77–261.  FRANCIS *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.